UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | )  Case No. 4:05CR40055-JPG |
| | ) |
| vs. | ) |
| | ) |
| Gerardo Castaneda-Flores, | ) |
| | ) |
| Defendant. | ) |

**ORDER REMITTING ASSESSMENT**

Upon motion of the United States of America and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED**, in accordance with the provision of 18 U.S.C. § 3573, the unpaid portion of the assessment and fine imposed against the Defendant in the amount of $1,370.00, is hereby **REMITTED**.

**DATED: May 1, 2007**

  s/ J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**